IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| YAHAIRA GONZALEZ, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIDAL BASIN HOLDING, INC. and VANGUARD EMERGENCY MANAGEMENT,<br><br>Defendants. | Civil Action No. 7:19CV00058<br><br>**ORDER OF DISMISSAL**<br><br>By: Hon. Glen E. Conrad<br>Senior United States District Judge |

The court has before it the parties' stipulation of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice, each party to bear its own fees and costs, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 15th day of April, 2019.

_____
Senior United States District Judge